JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH MANLEY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DAVITA, INC. DBA DAVITA MAR VISTA DIALYSIS CENTER., a Delaware Corporation; MARGARET ORENSTEIN, an individual; and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No.: 2:20-cv-11290-MWF (PLAx)<br><br>*[Assigned for all purposes to Honorable Judge Michael W. Fitzgerald]*<br><br>**ORDER OF DISMISSAL** |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDER THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: August 4, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge

SMRH:4820-1195-7236.1

**[PROPOSED] ORDER OF DISMISSAL**